IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-01032-MSK-CBS

TAMMY LAWRIMORE,

    Plaintiff,

v.

MIMI'S CAFÉ also known as
SWH CORPORATION,
a revoked California corporation; and
BOB EVANS FARMS, INC.,
an Ohio corporation,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Withdraw (*doc. # 18*) is GRANTED. Attorney Anthony M. Nicastro is withdrawn as counsel of record in the above captioned matter. The Clerk of Court is instructed to terminate electronic notification and to remove him from the electronic certificate of mailing.

**DATED:**    August 17, 2009